UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

————————

№ 19-cv-3279 (RPK) (RER)

————————

Michael Saunders,

Plaintiff,

versus

Det. Nathan Cavada, *et al.*,

Defendants.

————————

Summary Order

May 31, 2022

————————

**RAMON E. REYES, JR., U.S.M.J.:**

Before the Court are three discovery motions. (ECF Nos. 69, 71 and 73). Familiarity with the claims and defenses, procedural history, and the parties' respective arguments on the motions is assumed.

Defendants Jimmy Jazz Inc.'s and Tyler Moulton's motion to compel (ECF No. 69) is granted in part and denied in part. The motion is granted to the extent that plaintiff is ordered to identify the pages and lines of the grand jury transcript which he contends contains defendant Moulton's false testimony. The motion is denied in all other respects for the reasons stated in the opposition. (ECF No. 79).

Plaintiff Michael Saunder's motion to compel (ECF No. 73) is denied for the reasons stated in the oppositions. (ECF Nos. 76, 77 and 78). Further, defendant Nathan Cavada's motion pursuant

1

2

to Fed. R. Civ. P. 30(a)(2)(A) to limit plaintiff to a total of ten depositions is granted for the reasons stated therein. (ECF Nos. 71-72). I have considered all of Saunder's arguments in opposition and find them to be without merit. Plaintiff Saunders may choose the remaining witnesses to be deposed,[1] and if necessary seek orders compelling those depositions by letter motion.

SO ORDERED

Hon. Ramon E. Reyes, Jr.
United States Magistrate Judge

---

[1] Excluding former assistant district attorney Benjamin Kramer-Eisenbud, whose continued deposition is precluded by the denial of Saunder's motion to compel.